

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Country Title, L.L.C. v. Morenike Jaiyeoba

Appellate case number:   01-14-00931-CV

Trial court case number: 07-CV-159705

Trial court:             268th District Court of Fort Bend County

Date motion filed:       February 22, 2016

Party filing motion:     Appellee Morenike Jaiyeoba

It is ordered that the motion for reconsideration is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Harvey Brown
                   ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd


Date: June 24, 2016